# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10338
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 15, 2017

Lyle W. Cayce
Clerk

EARL L. TURNER,

Plaintiff–Appellant.

v.

NATIONSTAR MORTGAGE, L.L.C.,

Defendant–Appellee.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CV-1704
USDC No. 3:15-CV-2708

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

Earl L. Turner appeals the dismissal of his claims against Nationstar Mortgage, L.L.C., for violating 15 U.S.C. § 1692e(4) and (5) and 15 U.S.C. § 1692g(a) and (b) of the Fair Debt Collection Practices Act. The district court dismissed these claims pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10338

Turner failed to state a facially plausible violation of § 1692e(4) and (5) and § 1692g(a) and (b). *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Accordingly, the district court did not err in dismissing these claims. *See Causey v. Sewell Cadillac-Chevrolet, Inc.*, 394 F.3d 285, 288 (5th Cir. 2004).

The judgment of the district court is AFFIRMED.